IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
00 JAN 21 AM 9: 35
U.S. DISTRICT COURT
N.D. OF ALABAMA

SENECA INSURANCE CO., INC., )
    Plaintiff, )
v. ) CIVIL ACTION NUMBER
) 99-C-2376-S
ELLEN McCARN SKIPPER and )
ANNE D. LAMKIN, )
    Defendants. )

ENTERED
JAN 21 2000

### SHOW CAUSE ORDER

Unless the parties show cause in writing, within ten (10) days from the date of this order, why they have failed to file with the Court the Report of Parties' Planning Meeting, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the Court shall dismiss this case without prejudice.

Done this 20th day of January, 2000.

United States District Judge
U. W. Clemon

